**Doris J. RHINEHART, Respondent,**

v.

**Kay BARNEY, D.O., Appellant.**

**No. WD 63804.**

Missouri Court of Appeals,
Western District.

Feb. 1, 2005.

Rehearing Denied March 29, 2005.

Charles Henry Stitt, Gregory P. Forney, Kansas City, MO, for appellant.

Douglas Ronald Horn, Laura Louise Del Percio, Independence, MO, for respondent.

Before PATRICIA BRECKENRIDGE, P.J., PAUL M. SPINDEN, and JAMES M. SMART, JR., JJ.

*Order*

PER CURIAM.

Doris J. Rhinehart was awarded a verdict in her medical malpractice action against Kay Barney, D.O. Dr. Barney appeals, contending that Ms. Rhinehart failed to make a submissible case.

Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve juris prudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).